[Civ. No. 1730.  Fourth Appellate District.—July 15, 1935.]

BOHEMIAN DISTRIBUTING CO., LTD. (a Corporation), Respondent, v. CITY OF LOS ANGELES (a Municipal Corporation) et al., Appellants.

Ray L. Chesebro, City Attorney, Frederick von Schrader, Assistant City Attorney, and G. Ellsworth Meyer, Deputy City Attorney, for Appellants.

J. Leroy Johnson, as *Amicus Curiae* on Behalf of Appellants.

Hanna & Morton for Respondent.

MARKS, J.— This case presents the identical questions decided in the case of *Los Angeles Brewing Co.* v. *City of Los Angeles,* bearing our Civil No. 1729 (*ante,* p. 391 [48 Pac. (2d) 65]), and *Los Angeles Brewing Co.* v. *City of Los Angeles,* bearing our Civil No. 1720 (*ante,* p. 379 [48 Pac. (2d) 71]).

For the reasons given in those cases, and upon the authorities there cited, the judgment is affirmed.

Barnard, P. J., and Jennings, J., concurred.